# SUPREME COURT OF HAWAI‘I

| | | | |
|---|---|---|---|
| Maipi v. Azueta | 17035 | 4/7/97 | Vacated and Remanded |
| State v. Neff | 18263 | 4/10/97 | Vacated and Remanded |
| Kaina v. Kapalua Land Co., Ltd. | 16149 | 4/16/97 | Affirmed |
| AIG Hawai‘i Ins. Co. v. Shea | 19002 | 4/16/97 | Reversed |
| State v. Lewis | 17452 | 4/17/97 | Affirmed |
| Wilson–South v. Bank of Hawai‘i | 19387 | 4/17/97 | Vacated and Remanded |
| State v. Cargill | 16704 | 4/30/97 | Vacated and Remanded |
| Pacific Ins. Co. v. John J. Stanford, Ltd. | 17442 | 4/30/97 | Affirmed in part, Vacated and Remanded in part |

# SUPREME COURT OF HAWAI‘I

| | | | | |
|---|---|---|---|---|
| Ingledue v. Dyer | 17289 | 3/27/97 | Granted | 85 Hawai‘i 84, 937 P.2d 925 |
| Keanini v. Nakanelua | 18770 | 4/4/97 | Denied | 84 Hawai‘i 407, 935 P.2d 122 |
| Soth v. First Church of Christ Scientist; Estate of Herbert, Matter of | 16291 | 4/9/97 | Granted | 84 Hawai‘i 415, 935 P.2d 130 |
| State v. Grammar | 18425 | 4/28/97 | Affirmed | 84 Hawai‘i 103, 929 P.2d 116 |
| State v. Napulou | 17653 | 5/20/97 | Denied | 85 Hawai‘i 49, 936 P.2d 1297 |
| Stout v. Tradewind Ins. Co., Ltd. | 16697 | 5/22/97 | Denied | 85 Hawai‘i 177, 938 P.2d 1196 |